# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No. 1-17-mj-339 |
| George Anthony Ramirez, | ) | |
| Defendant. | ) | |

Before the court is a "Motion to Dismiss Complaint" filed by the United States. (Doc. No. 16). In the motion, the United States represents it has concluded insufficient evidence exists to demonstrate, beyond a reasonable doubt, the Defendant engaged in terrorizing. Under F.R.Crim.P. 48(a), the "government may, with leave of court, dismiss an indictment, information, or complaint." After consideration, the court grants this leave and **GRANTS** the current motion. (Doc. No. 16). The complaint in this matter is dismissed and the Defendant is hereby discharged from the conditions of his supervised release. (Doc. No. 13).

**IT IS SO ORDERED.**

Dated this 21st day of November, 2017.

>  /s/ Charles S. Miller, Jr.
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court